**SENDER:**
□ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
□ Print your name and address on the reverse of this form so that we can return this card to you.
□ Attach this form to the front of the mailpiece, or on the back if space does not permit.
□ Write *"Return Receipt Requested"* on the mailpiece below the article number.
□ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. □ Addressee's Address
2. □ Restricted Delivery

Is your **RETURN ADDRESS** completed on the reverse side?

Thank you for using Return Receipt Service.

3. Article Addressed to:

Gay Richie
401 N. Britton Ave.
Rio Grande City, Tx
Basilio D. Villarreal 78582

4a. Article Number

7002 0460 0000 0067 2257

4b. Service Type
☑ Registered                ☑ Certified
□ Express Mail              □ Insured
□ Return Receipt for Merchandise   □ COD

7. Date of Delivery

2/11/15

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994          102595-99-B-0223    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

MCALLEN TX 785

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

IN THE COURT
AT SAN ANTONIO TEXAS

● Print your name, address, and ZIP Code in this box ●

2015 FEB 17 PM 1:26

COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA SUITE 3200
SAN ANTONIO, TEXAS 78205

04-14-00667-CV